DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT2, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT2, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SEQUOIA HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation, <br><br> Defendants. <br> ――――――――――――――――――― <br> SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT2, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT2; MOSHE HAMITAY, an individual, <br><br> Counter/Cross Defendants. | Case No. 2:17-cv-01760-JCM-CWH <br><br> **JUDGMENT BY DEFAULT AGAINST MOSHE HAMITAY** |

- 1 -

1    This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") application

2 for default judgment against Cross-Defendant MOSHE HAMITAY ("Hamitay"). Having

3 considered the application, including the declarations attached thereto, the Court makes the

4 following findings of fact and conclusions of law:

5 1.    On April 2, 2018, SFR filed a Cross-Claim (ECF No. 23) for quiet title and declaratory

6 relief against Hamitay ("Cross-Claim") relating to real property located 8764 Timber Mesa Street,

7 Las Vegas, Nevada 89139, APN: 177-18-411-025 ("Property").

8 2.    Hamitay failed to answer the complaint within the 21-day time limit set forth in FRCP 12.

9 The Clerk of the Court appropriately entered a default against Hamitay on June 3, 2019 (ECF No.

10 58).

11 3.    Hamitay is not incompetent, an infant or serving in the United States military.

12 4.    SFR submitted credible evidence in support of its application in the form of documents

13 obtained from the Official Records of the Clark County Recorder and declarations made under

14 penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against

15 Hamitay.

16    NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and

17 made the foregoing findings of fact and conclusions of law, and finding good cause,

18    IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendant, Hamitay, any

19 successors and assigns, have no right, title or interest in the Property and that SFR is the rightful

20 title owner.

21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claim against,

or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 2, 2020
_____

*Respectfully submitted by:*

**KIM GILBERT EBRON**

/s/ *Jacqueline A. Gilbert*
_____
JACQUELINE A. GILBERT, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
(702) 485-3300
(702) 485-3301 (fax)
*Attorneys for SFR Investments Pool 1*

Dated this 5th day of June, 2019.

- 3 -